UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT SAMPSON BARRANCO, | ) | NO. CV 07-08375 PSG (SS) |
| Plaintiff, | ) ) | **ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF** |
| v. | ) ) | **UNITED STATES MAGISTRATE JUDGE** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1  **IT IS ORDERED** that Judgment shall be entered reversing the decision
2  of the Commissioner and remanding this action for further administrative
3  proceedings.

4

5  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
6  the Judgment herein on counsel for Plaintiff and on counsel for
7  Defendant.

8

9  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10

11 DATED: 3/23/08

12

13                                            _____
                                              PHILIP S. GUTIERREZ
                                              UNITED STATES DISTRICT JUDGE