1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ROBERT SAMPSON BARRANCO,        )    NO. CV 07-08375 PSG (SS)
                                    )
12              Plaintiff,          )         **JUDGMENT**
                                    )
13         v.                       )
                                    )
14  MICHAEL J. ASTRUE,              )
    Commissioner of the Social      )
15  Security Administration,        )
                                    )
16              Defendant.          )
                                    )

17

18       Pursuant to the Court's Order Adopting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the decision of the Commissioner is

22  REVERSED and REMANDED for further administrative proceedings, pursuant

23  to sentence four of 42 U.S.C. §405(g).

24

25       DATED: 3/23/09

26

27                                    _____
                                      PHILIP S. GUTIERREZ
28                                    UNITED STATES DISTRICT JUDGE