```
JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
434 South Euclid Street, Suite 104
Anaheim, CA 92802
Telephone: (714) 491-4840
Facsimile: (714) 257-9987
E-Mail: Ewenike@yahoo.com

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief Civil Division
MICHAEL A. CABOTAJE, CSBN 197086
Special Assistant United States Attorney
      Room 7516 Federal Building
      300 North Los Angeles Street
      Los Angeles, CA 90012
      Telephone:  (415) 977-8957
      Facsimile:  (415) 744-0134
      E-Mail: Michael.Cabotaje@ssa.gov
```

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROBERT SAMPSON BARRANCO, | CASE NO. CV 07-8375-PSG-SS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §§ 1920 and 2412(d) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of six thousand five hundred dollars ($6500.00) and fifty-five and 12/100 dollars ($55.12) in costs of court, as authorized by 28

U.S.C. §§ 1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 5/12/09

_____
HON. SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE