UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SAMPSON BARRANCO,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>               Defendant. | NO. CV 07-08375 PSG (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br><br>**CONCLUSIONS, AND RECOMMENDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Plaintiff's Motion for Attorney's Fees, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

1  **IT IS ORDERED THAT**: (1) Plaintiff's Motion for Attorney's Fees is
2  granted in its entirety; (2) Plaintiff is ordered to pay his counsel
3  **$10,185.63** in attorney's fees; and (3) Plaintiff's counsel is ordered
4  to reimburse Plaintiff **$6,500.00** in EAJA fees.

6  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on
7  counsel for Plaintiff and counsel for Defendant.

9  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

11 DATED: 8/11/10

   _____
   PHILIP S. GUTIERREZ
   UNITED STATES DISTRICT JUDGE